

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2025

No. 04-25-00357-CV

**SUPERIUM COFFEE WAREHOUSE, LLC**,
Appellant

v.

**AB LENDING SPV I, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-08854
Honorable Nadine Melissa Nieto, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this interlocutory appeal is DISMISSED WITHOUT PREJUDICE. All other relief is DENIED. We order that costs be assessed against Appellant.

It is so **ORDERED** on September 24, 2025.

_H. Todd McCray_
H. Todd McCray, Justice